UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6:17-CR-063-CHB-HAI |
| ) | |
| v. ) | |
| ) | **ORDER ADOPTING** |
| ROY PERRY, ) | **RECOMMENDED DISPOSITION** |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Recommended Disposition from Magistrate Judge Hanly A. Ingram concerning reported violations of supervised release conditions by Defendant Roy Perry [R.67]. Magistrate Judge Ingram recommended 1) Defendant Perry be found Guilty of Violations #1, #2, and #3; and 2) Revocation with a term of imprisonment of 8 months, with 28 months of supervised release to follow. *Id.* at p. 8. Defendant Perry filed a Notice of No Objection to the Recommended Disposition. [R. 68] In this Notice, Defendant requested that the Court accept the Recommended Disposition and enforce it as the Judgment in this matter so he may begin serving his term of incarceration as soon as possible following entry of the Judgment into the Court record. *Id.* Further, Defendant has filed an executed Waiver of Allocution. [R. 68-1]

Upon review, the Court is satisfied that Defendant Roy Perry knowingly and competently admitted the violations of supervised release conditions as set forth by the United States, and that the United States proved these violations by a preponderance of the evidence. The Recommended Disposition announces a revocation of supervised release and a term of

imprisonment that is sufficient, but not greater than necessary to comply with the purposes set forth in 18 U.S.C. 3553(a)(2).

Accordingly, and with the court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Judge Ingram's Recommended Disposition [**R. 12**] is **ADOPTED** for the Opinion of this Court.

2. Defendant is **ADJUDGED** guilty of Violations # 1, #2, and #3.

3. Defendant's supervised release is hereby **REVOKED**, and is hereby **IMPRISONED** for a **term of 8 months**, to be followed by **a term of 28 months of supervised release**.

4. The Court **REQUESTS** that Defendant be placed in a Bureau of Prisons camp facility, or in the alternative, at FMC Lexington.

5. A separate Revocation Judgment will be entered herewith.

This the 13th day of August, 2019.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY